1  Daniel Berko - SBN 94912
   **LAW OFFICE OF DANIEL BERKO**
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: 415-771-6174
   Facsimile: 415-474-3748
4  E-mail: BerkoLaw@SBCglobal.net

5

6  Attorneys for Plaintiff,
   DANIEL KEATING-TRAYNOR on
   Behalf of himself and all others similarly situated
7

8
                    **UNITED STATES DISTRICT COURT**
9
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11  DANIEL KEATING-TRAYNOR, on behalf  )   Case No.
    of himself and all others similarly situated,  )
12                                    )   **NOTICE OF RELATED CASES**
                 Plaintiffs,          )
13                                    )
         vs.                          )
14                                    )
    AC SQUARE INC., DOES 1 THROUGH    )
15  600, inclusive.                   )
                                      )
16               Defendants.          )
                                      )
17                                    )

18  TO EACH PARTY AND TO THE COUNSEL OF RECORD FOR EACH PARTY:

19  The following cases are related to this action:

20
      1. SUPERIOR COURT OF CALIFORNIA SAN MATEO; UNLIMITED CIVIL
21
         JURISDICTION; DANIEL KEATING-TRAYNOR vs AC SQUARE; **CIV456118**
22
23       complaint filed on 07-07-2006.

24    2. SUPERIOR COURT OF CALIFORNIA SAN MATEO; UNLIMITED CIVIL

25       JURISDICTION; DANIEL KEATING-TRAYNOR vs AC SQUARE; **CIV464144**

26       complaint filed on 6-29-2007.

27
      3. SUPERIOR COURT OF CALIFORNIA SAN MATEO; UNLIMITED CIVIL
28
         JURISDICTION; DANIEL KEATING-TRAYNOR vs AC SQUARE; **CIV473571**

NOTICE OF RELATED CASES
-1-

complaint filed on 06-10-2008

These cases are related because discuss the same claims of unlawful, unfair and fraudulent business practices against the same Defendants. The same Plaintiff DANNY KEATING-TRAYNOR was an employee for the Defendant.

Date: June 11, 2008

---
Daniel Berko,
Attorney for Plaintiff Daniel Keating-Traynor in behalf of himself and all other similarly situated.

NOTICE OF RELATED CASES
- 2 -