

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11
12

13   DANIEL KEATING-TRAYNOR on
     behalf of himself and all others similarly
14   situated;

15                     Plaintiffs,

16           vs.

17   AC SQUARE INC.; COMCAST INC.;
     AFSHIN GHANEH; ANDREW
18   BAHMANYAR; AND DOES 1-60
     INCLUSIVE;
19
                       Defendants.
20
21

Case No. CV-08-2907-MHP

**STIPULATION AND [PROPOSED]
ORDER TO ALLOW COMCAST INC. TO
FILE ITS MOTION TO DISMISS
PLAINTIFF'S COMPLAINT PRIOR TO
THE INITIAL CASE MANAGEMENT
CONFERENCE**

Honorable Marilyn H. Patel

22

23          Plaintiff Daniel Keating-Traynor, by and through his attorney, Daniel Berko, and

24   Defendant Comcast Inc. ("Comcast") by and through its attorneys Morgan, Lewis and Bockius

25   LLP, hereby stipulate as follows:

26   ///

27   ///

28   ///

**<u>RECITALS</u>**

A.      On June 11, 2008, the Court set the Initial Case Management Conference in this action for September 14, 2008.  <u>See</u> Docket No. 2 (Case No. CV-08-2907-MHP).

B.      On July 10, 2008, Plaintiff served Comcast with the Summons and Complaint in this action.

C       On July 11, 2008, Defendants AC Square, Ghaneh, and Bahmanyar filed Ex Parte Applications for Orders Allowing Defendants to File and Have Heard Motions to Dismiss Pursuant to FRCP 12(b)(6) Prior to Initial Case Management Conference in Case No. CV-08-2907- MPH.  <u>See</u> Docket Nos. 7, 8, and 9 (Case No. CV-08-2907-MHP).

D.      On July 15, 2008, the Court granted Defendants AC Square, Ghaneh, and Bahmanyar's Ex Parte Applications for leave to file their motions to dismiss by July 21, 2008. The Court set the following related dates: Oppositions to be filed by August 4, 2008, Replies to be filed by August 11, 2008, and Motion to be heard on August 25, 2008 at 2:00 p.m.  <u>See</u> Docket No. 10 (Case No. CV-08-2907-MHP).

E.      On or about July 15, 2008, the parties agreed to an extension of time for Comcast to file a response to Plaintiff's Complaint, up to and including July 30, 2008.

F.      On July 16, 2008, the Court ordered Case No. CV-08-2907 and  Case No. CV-08-3035 related.  <u>See</u> Docket No. 11 (Case No. CV-08-2907-MHP) and No. 16 (Case No. CV-08-3035-EDL).

G.      On July 17, 2008, Case No. CV-08-3035-EDL was reassigned to the Honorable Judge Marilyn H. Patel.

H.      Federal Rule of Civil Procedure 12(a)(1)(A)(i) requires a defendant to file an answer to a complaint within 20 days after being served, and that Federal Rule of Civil Procedure, Rule 12(b) allows a defendant to serve a motion to dismiss in lieu of an answer.  The parties further agree that absent a Court Order allowing for an exception, Standing Order Number 4 prevents Defendant from filing the accompanying motion to dismiss until after the Initial Case Management Conference on September 15, 2008.

## **TERMS OF STIPULATION**

1.      The parties jointly request that the Court allow Comcast to have its motion to dismiss heard before the Initial Case Management Conference set for September 15, 2008 (Case No. CV-08-2907-MHP).

2.      Defendant's motion seeks dismissal of Plaintiff's Complaint, in its entirety, without leave to amend.  Should the Court decide to dispose of Plaintiff's claims against Comcast prior to the Initial Case Management Conference, Comcast could avoid incurring legal fees and costs by not having to file an answer or make initial disclosures.

3.      The parties recognize that this Court granted on July 15, 2008 an *ex parte* motion the other defendants brought for this same purpose in this action, and believe it should not be necessary to burden the Court with another such motion.

4.      Based on the foregoing and in the interest of judicial economy, the parties agree that Defendant should be allowed to file its motion at the earliest possible stage of this litigation.

IT IS SO STIPULATED.

Dated: July 30, 2008                      LAW OFFICES OF DANIEL BERKO


By_____/s/ Daniel Berko_____
   Daniel Berko
   Attorneys for Plaintiff
   Daniel Keating-Traynor


Dated: July 30, 2008                      MORGAN, LEWIS & BOCKIUS LLP


By _____/s/ Daryl S. Landy_____
   Daryl S. Landy
   Attorneys for Defendant
   COMCAST INC.

1    **IT IS SO ORDERED** that:

2        The parties' request to allow Defendant to file the attached Motion to Dismiss Plaintiff's

3    Complaint is granted.  Defendant shall file and serve the motion by  no later than

4    ___August 11_____, 2008.  The hearing on this motion is set for September 8, 2008, at 2:00

5    p.m.  Any opposition to the motion shall be filed and served by ___August 25_____, 2008.

6    Any reply to the opposition shall be filed and served by __September 2____, 2008.

7

8

9    Dated: _August 1, 2008_____        By: _____

10                                        United States District Court Judge

11

12                                        Judge Marilyn H. Patel

13

14



15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV-08-2907-MHP
STIPULATION AND [PROPOSED] ORDER