RONALD A. PETERS, Bar No. 169895
BENJAMIN A. EMMERT, Bar No. 212157
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150

Attorneys for Defendant
AC SQUARE, INC., AFSHIN GHANEH,
ANDREW BAHMANYAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL KEATING-TRAYNOR on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AC SQUARE; COMCAST INC.; AFSHIN GHANEH; ANDREW BAHMANYAR; and DOES 1 THROUGH 60, inclusive,<br><br>Defendant. | Case No. CV-08-2907-MHP<br><br>[PROPOSED] ORDER GRANTING DEFENDANT AC SQUARE, INC.'S MOTION TO DISMISS<br><br>Date: August 25, 2008<br>Time: 2:00 p.m.<br>Dept: Courtroom 15<br>Judge: Honorable Marilyn H. Patel |

    Defendant AC Square, Inc.'s Motion to Dismiss Plaintiff's first and second causes of action from Plaintiff's Complaint, action number CV-08-2907-MHP came on regularly for hearing before this Court on August 25, 2008. Ronald A. Peters, Esq. appeared as attorney for defendant, AC Square, Inc. Daniel Berko appeared as attorney for plaintiff, Daniel Keating-Traynor. After considering the moving papers, the papers submitted in opposition to the motion, the papers submitted in reply to the opposition, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED THAT, the motion is GRANTED. Plaintiff's first cause of action for "Violation of the Fair Labor Standard Act" is dismissed as it fails to state facts sufficient to constitute a cause of action against AC Square, Inc.; Plaintiff's second cause of action for "Conspiracy to Violate the Fair Labor Standard Act" is dismissed as it fails to state facts sufficient to

1  against defendant AC Square, Inc.

2

3  Dated: _____                        _____

4                                             Honorable Marilyn H. Patel

5

   Firmwide:85793953.1 047098.1008

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

[Proposed] Order Granting Motion to Dismiss
Case No. CV-08-2907-MHP