1  RONALD A. PETERS, Bar No. 169895
   BENJAMIN A. EMMERT, Bar No. 212157
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street
   15th Floor
4  San Jose, CA  95113.2303
   Telephone:    408.998.4150
5
   Attorneys for Defendant
6  AC SQUARE, INC., AFSHIN GHANEH,
   ANDREW BAHMANYAR
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | DANIEL KEATING-TRAYNOR on           | Case No.  CV-08-2907-MHP
   | behalf of himself and all others similarly |
12 | situated,                           | [PROPOSED] ORDER GRANTING
   |                                     | DEFENDANT AFSHIN GHANEH'S
13 |         Plaintiff,                  | MOTION TO DISMISS
14 |    v.                               |
   |                                     | Date:  August 25, 2008
15 | AC SQUARE; COMCAST INC.; AFSHIN     | Time:  2:00 p.m.
   | GHANEH; ANDREW BAHMANYAR;           | Dept:  Courtroom 15
16 | and DOES 1 THROUGH 60, inclusive,   | Judge: Honorable Marilyn H. Patel
17 |         Defendant.                  |
18

19      Defendant Afshin Ghaneh's Motion to Dismiss Plaintiff's first and second causes of action

20 from Plaintiff's Complaint, action number CV-08-2907-MHP came on regularly for hearing before

21 this Court on August 25, 2008.  Ronald A. Peters, Esq. appeared as attorney for defendant, Afshin

22 Ghaneh. Daniel Berko appeared as attorney for plaintiff, Daniel Keating-Traynor.  After considering

23 the moving papers, the papers submitted in opposition to the motion, the papers submitted in reply to

24 the opposition, arguments of counsel and all other matters presented to the Court, IT IS HEREBY

25 ORDERED THAT, the motion is GRANTED.  Plaintiff's first cause of action for "Violation of the

26 Fair Labor Standard Act" is dismissed as it fails to state facts sufficient to constitute a cause of

27 action against Afshin Ghaneh; Plaintiff's second cause of action for "Conspiracy to Violate the Fair

28 Labor Standard Act" is dismissed as it fails to state facts sufficient to constitute a cause of action

1  against defendant Afshin Ghaneh.

2  Dated: _____                    _____

3                                         Honorable Magistrate Marilyn H. Patel

Firmwide:85793946.1 047098.1008

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

2.

[Proposed] Order Granting Motion to Dismiss
Case No. CV-08-2907-MHP