1  RONALD A. PETERS, Bar No. 169895
   BENJAMIN A. EMMERT, Bar No. 212157
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street
   15th Floor
4  San Jose, CA  95113.2303
   Telephone:    408.998.4150
5
   Attorneys for Defendant
6  AC SQUARE, INC., AFSHIN GHANEH,
   ANDREW BAHMANYAR
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11 | DANIEL KEATING-TRAYNOR on             | Case No.  CV-08-2907-MHP
   | behalf of himself and all others similarly |
12 | situated,                             | **[PROPOSED] ORDER GRANTING**
   |                                       | **DEFENDANT ANDREW BAHMANYAR'S**
13 |              Plaintiff,               | **MOTION TO DISMISS**
   |                                       |
14 |       v.                              |
   |                                       | **Date:  August 25, 2008**
15 | AC SQUARE; COMCAST INC.; AFSHIN       | **Time:  2:00 p.m.**
   | GHANEH; ANDREW BAHMANYAR;             | **Dept:   Courtroom 15**
16 | and DOES 1 THROUGH 60, inclusive,     | **Judge: Honorable Marilyn H. Patel**
   |                                       |
17 |              Defendant.               |

18

19       Defendant Andrew Bahmanyar's Motion to Dismiss Plaintiff's first and second causes of

20  action from Plaintiff's Complaint, action number CV-08-2907-MHP came on regularly for hearing

21  before this Court on August 25, 2008.  Ronald A. Peters, Esq. appeared as attorney for defendant,

22  Andrew Bahmanyar.  Daniel Berko appeared as attorney for plaintiff, Daniel Keating-Traynor.

23  After considering the moving papers, the papers submitted in opposition to the motion, the papers

24  submitted in reply to the opposition, arguments of counsel and all other matters presented to the

25  Court, IT IS HEREBY ORDERED THAT, the motion is GRANTED.  Plaintiff's first cause of

26  action for "Violation of the Fair Labor Standard Act" is dismissed as it fails to state facts sufficient

27  to constitute a cause of action against Andrew Bahmanyar; Plaintiff's second cause of action for

28  "Conspiracy to Violate the Fair Labor Standard Act" is dismissed as it fails to state facts sufficient to

1    constitute a cause of action against defendant Andrew Bahmanyar.

2    Dated: _____                    _____

3                                               Honorable Marilyn H. Patel

4

Firmwide:85793960.1 047098.1008

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

2.

[Proposed] Order Granting Motion to Dismiss
Case No. CV-08-2907-MHP