MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY, SBN. 136288
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail:  dlandy@MorganLewis.com

MORGAN, LEWIS & BOCKIUS LLP
ANN MARIE REDING, SBN 226864
One Market Street, Spear Street Tower
San Francisco, California  94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: areding@MorganLewis.com

Attorneys for Defendant
COMCAST INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL KEATING-TRAYNOR on behalf of himself and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>AC SQUARE INC.; COMCAST INC.; AFSHIN GHANEH; ANDREW BAHMANYAR; AND DOES 1-60 INCLUSIVE;<br><br>Defendants. | Case No. CV-08-2907-MHP<br><br>**DEFENDANT COMCAST INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**FRCP Rule 12(B)(6)**<br><br>Date:         September 15, 2008<br>Time:        2:00 p.m.<br>Courtroom: 15<br>Judge:       Honorable Marilyn H. Patel |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 15, 2008, at 2:00 p.m., or as soon thereafter

as the matter may be heard in Courtroom 15 of the above-entitled Court, located at 450 Golden

Gate Avenue, San Francisco, California 94102, Defendant Comcast Inc. (hereinafter "Comcast"

1  or "Defendant") will and hereby moves this Court to dismiss Plaintiff Daniel Keating-Traynor's
2  ("Plaintiff") First Amended Complaint against Comcast, pursuant to Federal Rule of Civil
3  Procedure 12(b)(6).

4  Plaintiff's First Claim for Violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et
5  seq.* (hereinafter "FLSA") and Second Claim for Conspiracy to Violate the FLSA both fail to
6  state a claim upon which relief can be granted because his claims are time-barred by the
7  maximum three-year statute of limitations. Leave to amend would be futile because the
8  allegations in Plaintiff's First Amended Complaint conclusively demonstrate that Plaintiff would
9  not be able to state viable claims under these theories.

10  This motion is based on this Notice of Motion and Motion, the Memorandum of Points
11  and Authorities, the Request for Judicial Notice, and the pleadings and papers previously filed.

13                                MORGAN, LEWIS & BOCKIUS LLP
                              DARYL S. LANDY
14                                ANN MARIE REDING

16  Dated: August 11, 2008                By   /s/ Ann Marie Reding
                                                    Daryl S. Landy
17                                                      Ann Marie Reding
                                                    Attorneys for Defendant
18                                                      COMCAST INC.