MORGAN, LEWIS & BOCKIUS LLP
DARYL S. LANDY, SBN. 136288
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: dlandy@MorganLewis.com

MORGAN, LEWIS & BOCKIUS LLP
ANN MARIE REDING, SBN 226864
One Market Street, Spear Street Tower
San Francisco, California 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: areding@MorganLewis.com

Attorneys for Defendant
COMCAST INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL KEATING-TRAYNOR on behalf of himself and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>AC SQUARE INC.; COMCAST INC.; AFSHIN GHANEH; ANDREW BAHMANYAR; AND DOES 1-60 INCLUSIVE;<br><br>Defendants. | Case No. CV-08-2907-MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COMCAST INC.'S MOTION TO DISMISS**<br><br>**FRCP Rule 12(B)(6)**<br><br>Date: September 15, 2008<br>Time: 2:00 p.m.<br>Courtroom: 15<br>Judge: Honorable Marilyn H. Patel |

WHEREFORE, on September 15, 2008, the Motion to Dismiss Plaintiff Daniel Keating-Traynor's ("Plaintiff") First Amended Complaint filed by Defendant Comcast Inc. ("Comcast" or "Defendant") came on for regularly scheduled hearing in Courtroom Fifteen, the Honorable Marilyn H. Patel presiding. Daryl Landy of Morgan, Lewis & Bockius LLP appeared on behalf

DB2/20782612.2                                          1

of Comcast and Daniel Berko appeared on behalf of Plaintiff.  Upon consideration of the pleadings, papers, and arguments of counsel, and with good cause shown, it is hereby

**ORDERED AND ADJUDGED THAT**:

Defendant's Motion is **GRANTED**.

Plaintiff's First Claim for Violation of the Fair Labor Standards Act, 29 U.S.C. section 201, *et seq*. ("FLSA") is dismissed, without leave to amend, because it is time-barred by the FLSA's maximum three-year statute of limitations.  29 U.S.C. § 255.

Plaintiff's Second Claim is also dismissed, without leave to amend, because it is time-barred by the maximum three-year statute of limitations.  *Harrell v. 20th Century Ins. Co*., 934 F.2d 203, 208 (9th Cir. 1991) (holding applicable statute of limitations for a civil conspiracy claim is statute of limitations for underlying claim); *Risk v. Kingdom of Norway*, 707 F. Supp. 1159, 1170, n. 13 (N.D. Cal. 1989) (same).

Accordingly, Plaintiff's First Amended Complaint against Comcast, including all class allegations, is dismissed, in its entirety, without leave to amend.

**IT IS SO ORDERED.**

Dated: _____      By: _____
                                           United States District Court Judge

DB2/20782612.3