**CONSENT OF PLAINTIFF DANIEL KEATING-TRAYNOR**

I, DANIEL KEATING-TRAYNOR, hereby consent to be an individual plaintiff and class plaintiff in the actions currently pending before the United States District Court for the Northern District of California, Case Nos. 3:08-cv-02907-MHP and 3:08-cv-03035-MHP.

I specifically consent to all causes of action in the original federal complaint (08-cv-02907), the consolidated removed complaints, and all amended complaints brought by my attorney on my individual behalf and on behalf of the class members.

DATED: August 12, 2008                             _____