UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KEATING-TRAYNOR,<br><br>        Plaintiff(s),<br><br>  v.<br><br>AC SQUARE et al,<br><br>        Defendant(s).<br>*And related action(s) as listed.* _____/ | No. C 08-02907 MHP<br>     C 08-03035 MHP<br><br>**CLERK'S NOTICE**<br>**(Rescheduling Motion Hearings)** |

The parties are notified that the hearings of the motion(s) in this matter currently on calendar for August 25, 2008 and September 8, 2008, are hereby RESCHEDULED to **September 15, 2008, at 2:00 p.m.** Please note that only the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date remains in effect.

Richard W. Wieking
Clerk, U.S. District Court

Dated: August 15, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140