RONALD A. PETERS, Bar No. 169895
BENJAMIN A. EMMERT, Bar No. 212157
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
Telephone:   408.998.4150

Attorneys for Defendant
AC SQUARE, INC., AFSHIN GHANEH,
ANDREW BAHMANYAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL KEATING-TRAYNOR on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AC SQUARE; COMCAST INC.; AFSHIN GHANEH; ANDREW BAHMANYAR; and DOES 1 THROUGH 60, inclusive,<br><br>Defendant. | Case No.  CV-08-2907-MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AC SQUARE, INC., AFSHIN GHANEH AND ANDREW BAHMANYAR'S MOTION FOR SANCTIONS UNDER FRCP RULE 11 & 28 U.S.C. 1927**<br><br>FRCP, RULE 11; 28 U.S.C. § 1927<br><br>Date:  October 20, 2008<br>Time:  2:00 p.m.<br>Dept:  Courtroom 15<br>Judge: Honorable Marilyn H. Patel |

Defendants AC Square, Inc., Afshin Ghaneh and Andrew Bahmanyar (hereinafter referred to as "Defendants") Motion for Sanctions under FRCP Rule 11 and 28 U.S.C. Section 1927 came on regularly for hearing before this Court on August 25, 2008.  Ronald A. Peters, Esq. appeared as attorney for Defendants.  Daniel Berko appeared as attorney for plaintiff, Daniel Keating-Traynor.  After considering the moving papers, the papers submitted in opposition to the motion, the papers submitted in reply to the opposition, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED THAT, the motion is GRANTED.  Plaintiff's Counsel of Record is hereby Ordered to pay to Defendants' counsel, the law firm of Littler Mendelson, the sum of $36,708.00 as reasonable sanctions for filing and pursuing this action in

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

(NO. CV-08-2907-MHP)
FIRMWIDE:86522328.1 047098.1008

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SANCTIONS, FRCP RULE 11; 28 U.S.C. § 1927

1  violation of Federal Rule of Civil Procedure, Rule 11 and 29 U.S.C. Section 1927.  Said sanctions
2  shall be paid within 30 days of the date of this Order.
3
4  Dated: _____              _____
5                                   Honorable Marilyn H. Patel

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

(NO. CV-08-2907-MHP)
FIRMWIDE:86522328.1 047098.1008

2.

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR SANCTIONS,
FRCP RULE 11; 28 U.S.C. § 1927