**Daniel Berko - SBN 94912**
819 Eddy Street
San Francisco, CA 94109
Telephone: 415-771-6174
Facsimile: 415-474-3748
E-mail: BerkoLaw@SBCglobal.net

Attorneys for Plaintiffs,
DANIEL KEATING-TRAYNOR on behalf of himself
and all others similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KEATING-TRAYNOR on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>AC SQUARE, COMCAST INC.; AFSHIN GHANEH; ANDREW BAHMANYAR; and DOES 1 THROUGH 60, inclusive,<br><br>Defendants. | CASE NO: CV-08-02907-MHP<br>CV-08-03035-MHP<br><br>STIPULATION TO CONTINUE THE HEARING OF DEFENDANTS' MOTIONS FOR SANCTIONS UNDER FRCP 11 & 28 U.S.C. 1927, TO DECEMBER 8, 2008 |

The undersigned parties, by and through their counsel of record pursuant to Local Rule 6-1, hereby stipulate and request an order to continue the hearing of defendants AC Square INC, Andrew A. Bahmanyar and Afshin Gahneh Motions for Sanctions Under FRCP 11 & 28 U.S.C. 1927 and plaintiff's cross request for sanctions, from November 24, 2008 at 2:00 p.m. to December 8, 2008 at 2:00 p.m.

The stipulated request is accompanied by the declaration of Daniel Berko which sets forth the reasons for the requested enlargement of time, discloses all previous time modifications in the case and describes the effect the requested time modification would have on the schedule for the case.

- 1 -

1
2  Dated: November 11, 2008
3
4  _____
5  DANIEL BERKO, Attorney for Plaintiff
   DANIEL KEATING-TRAYNOR in his own
6  behalf and in behalf of all others similarly
   situated.
7
8  Dated: November 11, 2008
9
10 _____
   RONALD A. PETERS and BENJAMIN A.
11 EMMERT, Attorneys for Defendats AC
   SQUARE, AFSHIN GAHNEH and ANDREW
12 A. BAHMANYAR
13
14
15 Dated: November 7, 2008
16 _____
   DARYL S. LANDY and ANN MARIE
17 REDING, Attorneys for Defendant
   COMCAST.
18
   **[PROPOSED] ORDER**
19
   IT IS SO ORDERED THAT:
20
   Pursuant to the above stipulation, and having considered the declaration of Daniel Berko in
21
   support of this stipulation, the hearing of defendants Motions for Sanctions Under FRCP 11 &
22
   28 U.S.C. 1927 and Plaintiff's cross request for sanctions, is continued from November 24, 2008
23
   at 2:00 p.m. to December 8, 2008 at 2:00 p.m.
24
   Dated: November 14, 2008
25
   _____
26 Honorable M_____
   Judge of the _____
27 for the Nor_____

   IT IS SO ORDERED
   Judge Marilyn H. Patel
28

STIPULATION TO CONTINUE THE HEARING OF DEFENDANTS MOTIONS FOR SANCTIONS UNDER
FRCP 11 & 28 U.S.C. 1927, TO DECEMBER 8, 2008
- 2 -