1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS W. RAMOS, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>AC SQUARE, INC., COMCAST, INC., AFSHIN GHANEH and ANDREW BAHMANYAR,<br><br>　　　　　　　Defendants. | Case No. CV 08-05177 (MHP)<br><br>**[PROPOSED] ORDER DISMISSING LAWSUIT WITHOUT PREJUDICE AS AMENDED BY COURT** |

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

[Proposed] Order Dismissing Lawsuit Without Prejudice

Case No. CV 08-05177 (MHP)

Pursuant to the Stipulation entered into between Plaintiff Thomas Ramos and the opt-in plaintiffs in this case who opted out of the Nunez case settlement,[1] on the one hand, and Defendants AC Square, Inc., Comcast Cable Communications Management, LLC, Afshin Ghaneh and Andrew Bahmanyar, on the other hand, the lawsuit entitled *THOMAS RAMOS, on behalf of himself and all others similarly situated, Plaintiffs, v. AC SQUARE, INC., COMCAST, INC, AFSHIN GHANEH and ANDREW BAHMANYAR, Defendants*, United States District Court for the Northern District of California Case No. CV 08-05177 (MHP) is hereby dismissed without prejudice. Each party shall bear his/her/its own litigation costs, expenses, and attorneys' fees. \*

IT IS SO ORDERED.

Dated: _June 22____, 2010

_____
HON. MARILYN H. PATEL
Judge of the United States District Court in and for Northern California

Firmwide:98709110.1 047098.1008

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

**\* The Court treats this as a final disposition of all the federal cases and the pending motions for sanctions in C 08-02909 MHP and C 08-03035 MHP are deemed moot. The Clerk of the Court shall close the files for all 3 cases.**

---

[1] The forty-one plaintiffs including Thomas Ramos are: (1) Angel Alcairo, (2) Gilberto Altamirano, (3) Ruben Altamirano, (4) Bryan Andersen, (5) Angel Araoz, (6) Alain Miranda Arenas, (7) Jorge Banuelos Lopez, (8) Guillermo Burger, (9) Alfredo Cerda, (10) Jeronimo Da Silva, (11) Leomar de Paula, (12) Otacilio De Sousa, (13) Jose Quesada Delgado, (14) William Fleming Jr., (15) Abraham Gaytan, (16) Anthony Gonzalez Garcia, (17) Britton Greig, (18) Maximillian Heng, (19) Sherman Hill Jr., (20) Jack Lesiewski, (21) Luiz Puliceno, (22) Jeremy McNair, (23) Roberto Osorio, (24) Anderson Purcima, (25) Thomas Ramos, (26) Oswaldo Rivas, (27) Michel Rizo Ramirez, (28) David Rodrigues, (29) Cesar Romero, (30) Joel Saldanna, (31) Javier Santillan, (32) Jorge Sauzo, (33) Michael Sneddon, (34) Mikhael Stewart Fleming, (35) Hector Tellez, (36) Sanith Tien, (37) Ignacio Trejo, (38) Rocco Urman, (39) Zeguill Vanhook, (40) Jorge Veintimilla, and (41) Troy White.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

Stipulation to Dismiss Lawsuit Without Prejudice    2.    Case No. CV 08-05177 (MHP)